IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKEY BROWN**  **PLAINTIFF**
**ADC #129190**

v.   Case No. 3:23-cv-00036-KGB

**CODY LADDNER, Deputy,**
**Craighead County Sheriff's Dept.,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Rickey Brown's motion for leave to proceed *in forma pauperis* ("IFP") (Dkt. No. 1). Pursuant to the Prison Litigation Reform Act, Mr. Brown is required to submit a certificate and a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. Brown's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. Brown's motion to proceed *in forma pauperis* neither includes a calculation sheet nor a certificate (Dkt. No. 1, at 3). Accordingly, the Court denies without prejudice Mr. Brown's motion to proceed *in forma pauperis* (Dkt. No. 1).

Within 30 days of the entry of this Order, Mr. Brown must either: (1) pay the $402.00 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration. If Mr. Brown does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, the Court may dismiss this action without prejudice. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas.

It is therefore ordered that:

1. Mr. Brown must within 30 days of the date of this Order either pay the $402.00 filing fee in full or file a properly completed application to proceed IFP for the Court's review and consideration;

2. The Court directs the Clerk of Court to send Mr. Brown a blank application to proceed *in forma pauperis*, including a certificate and calculation sheet.

So ordered this 13th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge