**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RICKEY BROWN**                                                                          **PLAINTIFF**

**v.**                                   **Case No. 3:23-cv-00036-KGB**

**CODY LADDNER, Deputy,**
**Craighead County Sheriff's**
**Department**, *et al*.                                                           **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are Plaintiff Rickey Brown's motion for extension of time to file a second amended complaint (Dkt. No. 16) and motion for copies (Dkt. No. 17). Mr. Brown explains that his inmate housing has changed several times and, as a result, that he has not been allowed to keep his legal paperwork with each transfer (Dkt. No. 17). For good cause shown, the Court grants Mr. Brown's motions (Dkt. Nos. 16, 17).

The Court directs the Clerk of Court to send Mr. Brown a copy of his complaint (Dkt. No. 2), amended complaint (Dkt. No. 5), and the Court's February 26, 2024, initial screening Order (Dkt. No. 15), along with a copy of this Order. The Court also directs the Clerk of Court to send Mr. Brown a copy of the docket sheet. If Mr. Brown would like copies of additional documents, he may file another motion and ask for copies of documents listed on the docket sheet.

The Court directs Mr. Brown to file a second amended complaint consistent with the Court's February 26th Order (Dkt. No. 15) no later than Monday, April 29, 2024. If Mr. Brown fails to file his second amended complaint by Monday, April 29, 2024, the Court may dismiss his case.

So ordered this 18th day of March, 2024.

Kristine G. Baker
Chief United States District Court Judge