IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKEY BROWN**  **PLAINTIFF**
Reg #27002-510

v.  Case No. 3:23-cv-00036-KGB

**CODY LADDNER, Deputy, Craighead,**
**County Sheriff's Offices,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Rickey Brown, who is in custody at the Tallahatchie County Correction Facility in Tutwiler, Mississippi, filed this action *pro se* pursuant to 42 U.S.C. § 1983 on February 6, 2023 (Dkt. No. 2). After screening Mr. Brown's claims pursuant to the Prison Litigation Reform Act, 29 U.S.C. § 1915A(b), the Court directed service of Mr. Brown's unlawful arrest, unlawful search, and excessive force claims against defendants Cody Laddner and Taylor Igleheart (Dkt. No. 20).

On March 11, 2025, service on Cody Laddner was returned unexecuted (Dkt. No. 23). The Craighead County Sherriff's Department accepts service only for current employees, and it rejected service writing that Cody Laddner "not here no longer" (*Id*. at 2).

The Court cannot serve Mr. Laddner without a valid address for service. It is Mr. Brown's responsibility to provide sufficient information about Mr. Laddner for the Court to be able to serve him. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (*per curiam*); *see also* Fed. R. Civ. P. 4(m) (any defendant not served within ninety (90) days after the filing of the complaint is subject to dismissal without prejudice). Mr. Brown is directed to provide the Court Mr. Laddner's address for service within 30 days of the date of this Order. If Mr. Brown does not do so, and if Mr. Laddner is not served, the Court may dismiss Mr. Brown's claims against Mr. Laddner without

prejudice. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2); Fed. R. Civ. P. 4(m).

So ordered this 12th day of March, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge