# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICKEY BROWN**  **PLAINTIFF**
Reg #27002-510

v.  Case No. 3:23-cv-00036-KGB

**CODY LADDNER, Deputy, Craighead,**
**County Sheriff's Offices,** *et al.*  **DEFENDANTS**

## ORDER

     Before the Court is defendant Taylor Inglehart's motion for leave to file answer out of time (Dkt. No. 25). Plaintiff Rickey Brown has not responded to the motion, and the time for doing so has passed. Mr. Inglehart moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) to file his answer out of time due to excusable neglect (*Id.*, ¶ 1). Mr. Inglehart states that his counsel overlooked the email notifying him that the complaint had been served and did not calendar properly the need for an answer to the complaint (*Id.*, ¶¶ 2-3). Mr. Inglehart was unaware that a response was not filed on his behalf by counsel (*Id.*, ¶ 3). For good cause shown, the Court grants Mr. Inglehart's motion for leave to file his answer out of time (Dkt. No. 25). Mr. Inglehart shall have 14 days from the date of this Order to file his answer to the complaint.

     So ordered this 17th day of April, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Court Judge