IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKEY BROWN**                                                                                         **PLAINTIFF**
Reg #28002-510

v.                                        Case No. 3:23-cv-00036-KGB

**CODY LADDNER, Deputy, Craighead,**
**County Sheriff's Offices,** *et al.*                                                                   **DEFENDANTS**

## ORDER

     Before the Court is the status of service on separate defendant Cody Laddner. When summons was returned unexecuted on Mr. Laddner, the Court entered an Order dated March 12, 2025, directing plaintiff Rickey Brown to provide a good service address for Mr. Laddner within 30 days (Dkt. No. 24). The Court notified Mr. Brown that he had the responsibility to provide sufficient information for the Court to be able to serve Mr. Laddner (*Id.*). The Court also warned that Mr. Brown that his failure to provide an address for Mr. Laddner could result in the Court dismissing Mr. Brown's claims against Mr. Laddner (*Id.*). Mr. Brown has not responded to the Court's March 12, 2025, Order, and the time for doing so has passed. Mr. Brown shall have an additional 21 days from the date of this Order to provide a valid service address for Mr. Laddner. Mr. Brown is again warned that failure to provide a valid service address for Mr. Laddner may result in the Court dismissing Mr. Brown's claims against Mr. Laddner. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2)

     It is so ordered this 5th day of May, 2025.

                                                                                Kristine G. Baker
                                                                                Chief United States District Court Judge