## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RICKEY BROWN**                                                          **PLAINTIFF**
**Reg #27002-510**

**v.**                                    **Case No. 3:23-cv-00036-KGB**

**CODY LADDNER, Deputy, Craighead,**
**County Sheriff's Offices,** *et al.*                                **DEFENDANTS**

### <u>ORDER</u>

Before the Court is the status of service on separate defendant Cody Laddner. When summons was returned unexecuted on Mr. Laddner, the Court entered an Order dated March 12, 2025, directing plaintiff Rickey Brown to provide a good service address for Mr. Laddner within 30 days (Dkt. No. 24). The Court notified Mr. Brown that he had the responsibility to provide sufficient information for the Court to be able to serve Mr. Laddner (*Id.*). The Court also warned Mr. Brown that his failure to provide an address for Mr. Laddner could result in the Court dismissing Mr. Brown's claims against Mr. Laddner (*Id.*). Mr. Brown did not respond to the Court's March 12, 2025, Order. In an Order dated May 5, 2025, the Court gave Mr. Brown an additional 21 days from the date of the Order to provide a valid service address for Mr. Laddner. The Court again warned that failure to provide a valid service address for Mr. Laddner may result in the Court dismissing Mr. Brown's claims against Mr. Laddner. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas. Mr. Brown has not responded to the Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice all of Mr. Brown's claims against Mr. Laddner and dismisses Mr. Laddner as a defendant in this matter.

It is so ordered this 28th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge