**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RICKEY BROWN** **PLAINTIFF**
**Reg #27002-510**

**v.** **Case No. 3:23-cv-00036-KGB**

**TAYLOR INGLEHART, Deputy, Craighead,
County Sheriff's Offices** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, and the Court's prior Orders (Dkt. Nos. 20; 31), it is considered, ordered, and adjudged that plaintiff Rickey Brown's claims are dismissed consistent with the terms of the Court's Orders (Dkt. No. 19). Judgment is entered in favor of separate defendant Taylor Iglehart on Brown's claims against him. The relief requested is denied. The Clerk is instructed to close the case.

It is so adjudged this 28th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge